# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **KELLY MARIE BOYLE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**NELNET, INC.**<br>  and<br><br>**UNITED STATES DEPARTMENT OF EDUCATION,**<br><br>**Defendants.** | **CIVIL ACTION NO. 1:25-cv-01715** |

## PRELIMINARY STATEMENT

1. This is an action for damages brought by an individual consumer against Defendants Nelnet, Inc. (hereafter "Nelnet") and the United States Department of Education (hereafter "ED") for violations of the Fair Credit Reporting Act (hereafter the "FCRA"), 15 U.S.C. §§ 1681 *et seq.*, *as amended*.

## JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1681p and 28 U.S.C. §§ 1331.

3. Nelnet, Inc. is subject to the jurisdiction of this court as a corporation licensed to do business in the District of Columbia.

3. Venue lies properly in this district pursuant to 28 U.S.C. § 1391(b).

## PARTIES

4. Plaintiff Kelly Marie Boyle is an adult individual who resides in the State of Colorado.

5.     Defendant Nelnet, Inc (hereafter "Nelnet") is a corporation that regularly conducts business in the District of Columbia, and which has a principal place of business located at 121 S. 13th St, Suite 100, Lincoln, NE 68508.

6.     The United States Department of Education (hereafter "ED") is a department of the United States government that regularly conducts business in the District of Columbia, and which is headquartered at 400 Maryland Avenue, Southwest, Washington, D.C., U.S. 20202.

## FACTUAL ALLEGATIONS

7.     Defendant Nelnet is a servicer of federal student loans on behalf of Defendant ED, a lender of federal student loans, and Defendants work collaboratively.

8.     The loans were held by and owed to Defendant ED and serviced by Defendant Nelnet.

9.     At all relevant times, the Defendants acted in unison, and on each other's behalf.

10.    In August 2022, Plaintiff's student loans were transferred from Nelnet to Higher Education Loan Authority of Missouri (hereafter "Mohela").

11.    In or around June 2023, Plaintiff was made aware that consumer reporting agencies Equifax, Experian, and Transunion were reporting balances with both Nelnet and Mohela doubling Plaintiff's balance.

12.    Plaintiff submitted written disputes to the CRAs in or around June 2023, disputing the reporting of the double balance.

13.    Upon information and belief, the CRAs forwarded the Plaintiff's disputes to the Defendants.

14.    Despite receipt of the disputes, Defendants failed to properly investigate the disputes, failed to properly handle the inaccurate accounts, and instead wrongfully verified the

2

inaccurate accounts and continued to report the accounts to the CRAs.

15. Notwithstanding Plaintiff's disputes, Defendants have failed to conduct timely and reasonable investigations of Plaintiff's disputes after being contacted by the relevant CRAs and have willfully continued to report inaccurate information to the CRAs.

16. Despite Plaintiff's exhaustive efforts to date, Defendants have nonetheless deliberately, willfully, intentionally, recklessly and negligently repeatedly failed to perform reasonable investigations of the above disputes as required by the FCRA, have failed to remove the inaccurate information, and have continued to report the derogatory inaccurate information about the Plaintiff.

17. In response to each of the Plaintiff's disputes, Defendants have wrongfully verified the inaccurate information to the CRAs.

18. As of result of Defendants' conduct, Plaintiff has suffered actual damages in the form of lost credit opportunities, harm to credit reputation and credit score, and emotional distress, including humiliation and embarrassment.

19. At all times pertinent hereto, Defendants were acting by and through their agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of the Defendants herein.

20. At all times pertinent hereto, the conduct of the Defendants, as well as that of their agents, servants and/or employees, was intentional, willful, reckless, and in grossly negligent disregard for federal laws and the rights of the Plaintiff herein.

**COUNT I - VIOLATIONS OF THE FCRA**

21. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

22. At all times pertinent hereto, Defendants were a "person" and "consumer reporting agency" as those terms are defined by 15 U.S.C. § 1681a(b) and (f).

23. At all times pertinent hereto, Plaintiff was a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

24. At all times pertinent hereto, the above-mentioned credit reports were "consumer reports" as that term is defined by 15 U.S.C. § 1681a(d).

25. Pursuant to 15 U.S.C. §1681n and 15 U.S.C. §1681o, Defendants are liable to the Plaintiff for willfully and negligently failing to comply with the requirements imposed on a consumer reporting agency of information pursuant to 15 U.S.C. § 1681s-2(b).

26. The conduct of the Defendants was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, actual damages and harm to Plaintiff that are outlined more fully above and, as a result, the Defendants are liable to Plaintiff for the full amount of statutory, actual, and punitive damages, along with the attorney's fees and the costs of litigation, as well as such further relief, as may be permitted by law.

## JURY TRIAL DEMAND

27. Plaintiffs demand trial by jury on all issues so triable.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff seeks judgment in Plaintiff's favor and damages against the Defendant, based on the following requested relief:

    (a) Actual damages;

    (b) Statutory damages;

    (c) Punitive damages;

(d) Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§ 1681n and 1681o; and

(e) Such other and further relief as may be necessary, just and proper.

|  |  |
|---|---|
| | Respectfully submitted, |
| | */s/ Joseph L. Gentilcore* |
| | Joseph L. Gentilcore, Esquire |
| | **FRANCIS MAILMAN SOUMILAS, P.C.** |
| | 1600 Market Street, Suite 2510 |
| | Philadelphia, PA 19103 |
| | Tel: (215) 735-8600 |
| | Fax: (215) 940-8000 |
| Dated: May 30, 2025 | jgentilcore@consumerlawfirm.com |
| | *Attorneys for Plaintiff* |